UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/11/23
```

E. MISHAN & SONS, INC., ET AL.,

               Plaintiffs

        - against -

RSA GROUP, LLC,

               Defendant.

20-CV-7523 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Court hereby respectfully directs the Clerk's Office to close this case and terminate any pending motions.

**SO ORDERED.**

Dated:    11 August 2023
           New York, New York

                                          Victor Marrero
                                          U.S.D.J.